**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 20, 2026

Docket #: 26-828

Short Title: Go New York Tours Inc v. Gray Line New York
Tours, Inc.

DC Docket #: 1:23-cv-4256

DC Court: SDNY (NEW YORK
CITY)

DC Judge: Trial Judge - Edgardo
Ramos

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.